2008 VT 73

**In re Frederick S. LANE, III**

[955 A.2d 537]

No. 08-153

¶ 1. May 8, 2008. The Professional Responsibility Board's recommendation that petitioner be reinstated as a member of the Vermont Bar is accepted. Within thirty days of readmission, petitioner must file an affidavit evincing compliance with § 8 of the M.C.L.E.